**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Datrist McCALL, Defendant–Appellant.**

**No. 11–13526**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 7, 2012.

George L. Beck, Jr., U.S. Attorney, Brandon K. Essig, Monica Anne Stump, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Daniel Gary Hamm, Daniel G. Hamm, PC, Montgomery, AL, for Defendant–Appellant.

Datrist McCall, Bruceton Mills, WV, pro se.

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Daniel G. Hamm, appointed counsel for Datrist McCall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McCall's conviction and sentence are **AFFIRMED.**